UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 SEP -5 PM 4: 15
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KCC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | A17 CR 301 SS |
| MICHAEL HERMAN ) | |
| ) | |
| CYNTHIA HERMAN, ) | |
| Defendants. ) | |

ORDER FOR BENCH WARRANT AND
SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendants, it is hereby ORDERED that warrant issue for the arrest of said defendants, and bail is hereby fixed in the amount shown below, returnable instanter to the Austin, Texas Division of this Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| MICHAEL HERMAN | |
| CYNTHIA HERMAN, | Personal Recognizance Bond (both defendants) |

ENTERED on this 5th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE