IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. A-17-CR-301 SS |
| MICHAEL HERMAN<br>CYNTHIA HERMAN | § § | |

## ORDER

On this date came on to be considered the Joint Unopposed Motion for Modification of Pretrial Release Conditions, and the Court deems this motion to have merit.

IT IS THEREFORE ORDERED THAT Michael and Cynthia Herman are allowed to travel to Harris and Guadalupe Counties, with permission to travel through the counties in between Travis, Harris and Guadalupe Counties for purposes of travel to those counties.

SIGNED this 18th day of September, 2017.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE