IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 OCT 13 PM 3:45
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

-vs-                                                    CAUSE NO. A-17-CR-301-SS

(1) MICHAEL HERMAN
(2) CYNTHIA HERMAN

## ORDER

BE IT REMEMBERED on this day, the Court was presented with "Unopposed Motions for Continuance" [#33, #34] filed on behalf of defendants Michael Herman and Cynthia Herman. The motions are agreed to by the United States as the result of the volume of discovery, including thousands of pages of documents as well as video and audio recordings. On this date, the Court is advised the United States is providing both defendants with "an additional terabyte of information that is stated to be equivalent to 340,000 bankers' boxes of discovery."

Therefore, the Court GRANTS the Unopposed Motions for Continuance agreed to by the United States.

IT IS ORDERED that the trial setting of October 23, 2017 is set aside and trial is now scheduled for **January 16, 2018** with jury selection at **8:30 a.m.** in the United States Courthouse, Courtroom 2, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that all parts of the order of September 25, 2017 will remain in full force and effect with the exception of the dates specified in this order. Pretrial motions must be filed by December 6, 2017 and all responses by December 15, 2017.

Pretrial motions will be heard on **January 5, 2018 at 9:00 am.** in the United States Courthouse, Courtroom 2, 501 West Fifth Street, Austin, Texas.

The Speedy Trial Act is recessed from October 20, 2017 to January 16, 2018 as constitutional rights of the defendants under the circumstances override the interest of the public in a speedy trial.

SIGNED this the __12th__ day of October 2017.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE