Filed 5/23/19

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
DEPUTY

| | |
|---|---|
| UNITED STATES | § § § |
| v. | § § § |
| MICHAEL HERMAN and CYNTHIA HERMAN | § § § § Crim. Action No. A-17-CR-301-XR |

**VERDICT FORM**

ON COUNT ONE, We, the Jury, find the Defendant, MICHAEL HERMAN,

_Guilty_
("Guilty" or "Not Guilty")

ON COUNT ONE, We, the Jury, find the Defendant, CYNTHIA HERMAN,

_Guilty_
("Guilty" or "Not Guilty")

ON COUNT TWO, We, the Jury, find the Defendant, MICHAEL HERMAN,

_Guilty_
("Guilty" or "Not Guilty")

ON COUNT TWO, We, the Jury, find the Defendant, CYNTHIA HERMAN,

_Guilty_
("Guilty" or "Not Guilty")

1

ON COUNT THREE, We, the Jury, find the Defendant, MICHAEL HERMAN,

__Guilty__
("Guilty" or "Not Guilty")

ON COUNT THREE, We, the Jury, find the Defendant, CYNTHIA HERMAN,

__Guilty__
("Guilty" or "Not Guilty")

ON COUNT FOUR, We, the Jury, find the Defendant, MICHAEL HERMAN,

__Not Guilty__
("Guilty" or "Not Guilty")

ON COUNT FOUR, We, the Jury, find the Defendant, CYNTHIA HERMAN,

__Not Guilty__
("Guilty" or "Not Guilty")

ON COUNT FIVE, We, the Jury, find the Defendant, MICHAEL HERMAN,

__Guilty__
("Guilty" or "Not Guilty")

ON COUNT SIX, We, the Jury, find the Defendant, MICHAEL HERMAN,

__Guilty__
("Guilty" or "Not Guilty")

ON COUNT SEVEN, We, the Jury, find the Defendant, MICHAEL HERMAN,

<u>     Guilty     </u>
("Guilty" or "Not Guilty")

Signed on:

<u>5-23-2019</u>
DATE

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
               Foreperson