UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ( |
| | ( |
| V. | (  CAUSE NO.  A -17-CR-301-XR(1) |
| | ( |
| MICHAEL HERMAN | ( |

## NOTICE OF APPEAL

NOW COMES Michael Herman, by and through his undersigned attorney, and hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from this Court's order denying his Motion for Bond (docket entry 172). The text order was entered on October 07, 2019.

DATED this the 18th day of October, 2019.

        Respectfully submitted.

        MAUREEN SCOTT FRANCO
        Federal Public Defender


        /s/_____
        DAVID M.C. PETERSON
        Assistant Federal Public Defender
        Western District of Texas
        504 Lavaca, Suite 960
        Austin, Texas 78701
        (512) 916-5025
        (512) 916-5035 (FAX)
        Bar Number: California 254498

        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**David Zisserson**
U.S. Department of Justice
Tax Division
150 M Street, N.E.
4 Constitution Square
Washington, DC 20002

**Robert Andrew Kemins**
U.S. Department of Justice
Trial Attorney, Tax Division
717 North Harwood, Suite 400
Dallas, TX 75201

_____
/s/ DAVID M.C. PETERSON